## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

REGGIE L. McCOY,                           :
                                           :
      Petitioner                 :
                                           :         CIVIL ACTION NO. 3:CV-17-0693
  v.                                     :
                                           :         (Judge Caputo)
WARDEN J. BALTAZAR,                        :
                                           :
      Respondent                 :


# O R D E R

**AND NOW**, this **3rd** day of **NOVEMBER**, **2017**, for the reasons set forth in

the accompanying memorandum, it is **ORDERED** that:

1. Petitioner's motion for leave to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

2. Petitioner shall, on or before **Friday, November 17, 2017**, show cause, if there is any, why his present habeas corpus petition filed pursuant to 28 U.S.C. § 2241 is not barred by 28 U.S.C. § 2244(a).

3. Petitioner's motion for discovery (ECF No. 7) is **DENIED** without prejudice.

4. Petitioner's motion for Speedy Disposition (ECF No. 8) is **DENIED** as moot.

                        **/s/ A. Richard Caputo**
                        **A. RICHARD CAPUTO**
                        **United States District Judge**