# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

REGGIE L. MCCOY,

   Petitioner,

v.

WARDEN J. BALTAZAR,

   Respondent.

NO. 3:17-CV-0693

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 18th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1)    The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED without prejudice**.

(2)    The Motion to Transfer Case (Doc. 12) is **DENIED as moot**.

(3)    The Motion to Reopen Case (Doc. 14) is **DENIED as moot**.

(4)    The Clerk of Court is directed to mark the case as **CLOSED**.

                          /s/ A. Richard Caputo
                          A. Richard Caputo
                          United States District Judge